UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOHNAS L. TILLMAN, JR.,**

    **Plaintiff(s),**

**v.**                                      **CASE NO:  8:06-CV-1860-T-30TBM**

**CITY OF TAMPA, FLORIDA,**

    **Defendant(s).**

_____/

**ORDER OF DISMISSAL**

Plaintiffs has/have failed to show cause, in writing, why this action should not be dismissed for failure to file a Case Management Report pursuant to Local Rule 3.05, in accordance with this Court's Order to Show Cause (Dkt. #5) entered on February 7, 2007.  It is therefore

    **ORDERED AND ADJUDGED** as follows:

    1)    This cause is dismissed without prejudice.

    2)    All pending motions are denied as moot.

    3)    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on March 2, 2007.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2006\06-cv-1860.dismissal.wpd*